#128733
#676774

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                               *        CASE # 06-31229 W
                                              CHAPTER 13
                                     *
Leady, Michael C. & Anita L.
Debtor                               *



TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee issued stop payments and voided several disbursement checks.

2. The balance of funds for the creditor in the amount of **$.60** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 676662 | X-Ray Assoc. Inc.<br>P O Box 2863<br>Toledo, Oh  43606-0863 | .60 | 5/28/10 |

3. Your trustee's check #676774 in the amount of $ .60 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 06/30/10

John P. Gustafson
Trustee in Bankruptcy

#128733
√# 676773

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                     *        CASE # 06-31229 W
                                    CHAPTER 13
                           *
Leady, Michael C. & Anita L.
Debtor                     *

FILED 2010 AUG -3 PM 3:22 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO

### TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. Trustee voided several <u>returned</u> disbursement checks from the creditor stating that they no longer own that account.

2. The final balance of funds for the creditor in the amount of **$1.83** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor (transferor or transferee) had informed the clerk's office of any change of ownership.

3. This case is scheduled to close as "paid in full".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 671825 | Emergency Physician SVC of Wood Col<br>P O Box 6249<br>Cincinnati, Oh 45206 | 1.83 | 5/28/10 |

4. Your trustee's check #676773 for a total balance due of $1.83 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 06/30/10

_____
John P. Gustafson
Trustee in Bankruptcy

#128733
/#676772

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:      *      CASE # 06-31229 W
              CHAPTER 13
     *

Leady, Michael C. & Anita L.
Debtor      *

*FILED 2010 AUG -3 PM 3:22 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO*

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 668053 | Alliance One<br>7311 Quality Circle Drive<br>Anderson, IN 46013 | 9.96 | 5/28/10 |

2. Your trustee's check #676772 for a total of $ 9.96 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 06/30/10

                                     John P. Gustafson
                                     Trustee in Bankruptcy